THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-258-D

| | |
|---|---|
| Liberty Mutual Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CONSENT ORDER [RE: ECF 17,** |
| v. | ) **18, 22, 23, 24, 25, 26]** |
| | ) |
| Oak City Contracting, LLC, | ) |
| | ) |
| Defendant. | ) |

This matter coming to be heard on the Joint Motion for Entry of Consent Order [ECF 26] jointly filed by Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual") and Defendant Oak City Contracting, LLC ("Oak City"), the Court being so advised in the premises, and the Court finding that the Joint Motion for Entry of Consent Order is brought for good cause,

IT IS HEREBY ORDERED:

1. The Joint Motion for Entry of Consent Order [ECF 26] is hereby granted.

2. All discovery, motions, deadlines and pleadings in this action shall be stayed and held in abeyance from November 22, 2017, until December 22, 2017, including but not limited to the Motion to Amend [ECF 22, 23] and the Motion to Compel [ECF 24, 25], while Liberty Mutual and Oak City pursue a mediated settlement.

3. If Liberty Mutual and Oak City fail to notify the Court that they have reached a mediated settlement on or by December 21, 2017, then this limited stay of discovery proceedings shall automatically terminate on December 22, 2017.

4. Oak City's time to respond to Liberty's Motion to Amend [ECF 22, 23] and Liberty's Motion to Compel [ECF 24, 25] is extended to January 8, 2018.

Entered this 22 day of November, 2017

*/s/ Dewey*

Agreed to by the Parties:

Date: November 22, 2017

Liberty Mutual Insurance Company

*Albert L. Chollet III*
Albert L. Chollet III
Erica M. Del Aguila
10 S. Wacker Dr., Suite 2935
Chicago, Illinois 60606
achollet@watttieder.com
edelaguila@watttieder.com
(312) 219-6900

Paul E. Davis
Conner Gwyn Schenck, PLLC
3141 John Humphries Wynd., Suite 100
Raleigh, NC 27612
Ph: (919) 789-9242
Fax: (919) 789-9210
pdavis@cgspllc.com

Oak City Contracting, LLC

*William J. Wolf*
William J. Wolf
Bugg & Wolf, P.A.
PO Box 2917
Durham, NC 27715
Ph: (919) 383-9431
wjwolf@buggwolf.com
NC State Bar 14357